AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Eastern                District of    Massachusetts

DENNIS M. DONOVAN

V.

RAYTHEON COMPANY, DANIEL P.
BURNHAM AND THOMAS D. HYDE

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

TO: (Name and address of Defendant)

Daniel P. Burnham
C/o Joan Lukey, Esq.
Wilmer Cutler Pickering Hale & Dorr, LLP
60 State Street
Boston, Massachusetts 02109

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David E. Valicenti, Esq., Daniel R. Solin, Esq., 66 West Street, Pittsfield, MA 01201, (413) 443-4771

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK                                                    DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Eastern _____ District of ___ Massachusetts

DENNIS M. DONOVAN

V.

RAYTHEON COMPANY, DANIEL P.
BURNHAM AND THOMAS D. HYDE

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04 11980 MLW

TO: (Name and address of Defendant)

Thomas D. Hyde
C/o Joan Lukey, Esq.
Wilmer Cutler Pickering Hale & Dorr, LLP
60 State Street
Boston, Massachusetts 02109

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David E. Valicenti, Esq., Daniel R. Solin, Esq., 66 West Street, Pittsfield, MA 01201, (413) 443-4771

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Eastern District of Massachusetts

DENNIS M. DONOVAN

V.

RAYTHEON COMPANY, DANIEL P.
BURNHAM AND THOMAS D. HYDE

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04-11980 MLW

TO: (Name and address of Defendant)

Raytheon Company
C/o Joan Lukey, Esq.
Wilmer Cutler Pickering Hale & Dorr, LLP
60 State Street
Boston, Massachusetts 02109

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David E. Valicenti, Esq., Daniel R. Solin, Esq. 66 West Street, Pittsfield, MA
01201, (413) 443-4771

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Case No. 04-11980

DENNIS M. DONOVAN,

                Plaintiff,

v.

RAYTHEON COMPANY, DANIEL P. BURNHAM AND THOMAS D. HYDE,

                Defendants.

## AFFIDAVIT AND PROOF OF SERVICE

I, David E. Valicenti, do depose and say that I, as the attorney for the Plaintiff in the above-captioned action, served the Summons and Complaint in this matter upon the Defendants by delivery through Joan Lukey, Esq. of Wilmer Cutler Pickering Hale & Dorr, LLP, 60 State Street, Boston, Massachusetts 02109, who is authorized to accept service of process on behalf of Defendants.

The Summons and Complaint for Defendants Raytheon Company and Thomas D. Hyde was served on September 16, 2004.

The Summons and Complaint for Defendant Daniel P. Burnham was served on September 21, 2004.

Signed under pains and penalties of perjury, this 24th day of September, 2004.

_____
David E. Valicenti, Esq.