UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Case No. 04-11980

DENNIS M. DONOVAN,

            Plaintiff,

v.

RAYTHEON COMPANY, DANIEL P. BURNHAM AND THOMAS D. HYDE,

            Defendants.

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a), it is hereby stipulated that this action be dismissed without prejudice and without costs.

| **Dennis M. Donovan,** Plaintiff By His Attorneys, | **Raytheon Company, Daniel P. Burnham and Thomas D. Hyde,** Defendants By Their Attorneys, |
|---|---|
| /s/ Daniel R. Solin, Esq. (BBO# 556342) 66 West Street, 3rd Floor Pittsfield, Massachusetts 01201 (413) 443-7800 | /s/ Joan A. Lukey, Esq. (BBO# 307340) Gabrielle Wolohojian, Esq. (BBO# 555704) Wilmer Cutler Pickering Hale & Dorr, LLP 60 State Street Boston, MA 02109 (617) 526-6000 |
| /s/ Kevin M. Kinne, Esq. (BBO# 559004) David E. Valicenti, Esq. (BBO# 632980) CAIN HIBBARD MYERS & COOK, PC 66 West Street, 3rd Floor Pittsfield, Massachusetts 01201 (413) 443-4771 | |